## IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 21-0634

IN THE MATTER OF:

B.R.M. and B.F.M.,

　　Youths in Need of Care.

## ORDER GRANTING MOTION FOR
## FIRST EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant is granted an extension of time until June 6, 2022, to prepare, serve, and file her Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Grant of Extension of Time
Chief Justice, Montana Supreme Court
April 28 2022
PAGE 1